UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MARIE COOK MARCOTTE | CIVIL ACTION NO. 10-1186 |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that, because the plaintiff failed to exhaust administrative remedies, the appeal is DENIED and plaintiff's claims are dismissed, with prejudice.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 6th day of October, 2011.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**